■ In the Matter of MARTIN ERIC MARKS, a Disbarred Attorney. [937 NYS2d 624]

954

Mastro, A.P.J., Rivera, Skelos, Dillon and Angiolillo, JJ., concur.